IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

V.                  CASE NO. 4:07CR00086-11 JMM

**RAYFUS ULESTER DUKES, JR.**

## ORDER

Pending is Defendant Dukes' motion to amend judgment and commitment order. (Docket # 748). For good cause shown, the motion is GRANTED. The Clerk is directed to modify the electronic docket to reflect Defendant's name change to Ra'Qim Farad al-Salahuddin. The record should reflect that Defendant is formerly known as Rayfus Ulester Dukes, Jr.

IT IS SO ORDERED this 25th day of January, 2010.

_____
James M. Moody
United States District Judge